# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:12-CR-47** |
| | § | |
| | § | |
| **JERRY LEE EDWARDS** | § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

After conducting a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Honorable Zack Hawthorn, United States Magistrate Judge, made and filed Findings of Fact and Recommendations regarding the Defendant's plea of guilty to Count One of the First Superseding Indictment in the above-numbered case. The Magistrate Judge accepted the Defendant's guilty plea, recommends that the Defendant be adjudged guilty of the offense to which he pleaded guilty, and recommends that the court defer acceptance of the plea agreement until after the court has had an opportunity to review the presentence report.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea, but defers acceptance of the plea agreement until the court has reviewed the presentence report.

It if further **ORDERED** that, in accordance with the Defendant's guilty plea and the

magistrate judge's findings and recommendation, the Defendant is adjudged **GUILTY** of the offense alleged in Count One of the First Superseding Indictment.

**SIGNED** this the **20** day of **February, 2014.**

_____
Thad Heartfield
United States District Judge